

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Echols Minerals, LLC; TOC Holdings, LLC; Gulf Wind Resources, LLC; Asro Management, LLP; David Weaver Echols; Roy Lee Todd; Nancy K. Carter; Cathy L. Hutcheson; Douglas Kit Nelson; Lee Keith Tilton; Terra Shamari Cone; Daniel Eli Dennison; Joshua Martin Rudin; Ceilia Kaiser; and Kimberly LaCanne,

\* From the 118th District Court of Martin County, Trial Court No. 7505.

Vs. No. 11-21-00154-CV

\* August 17, 2023

Donald Mac Green, Trustee of the Donald and Betty Lou Irrevocable Trust, and independent executor of the Estate of Betty Lou Green; and Fortis Minerals II, LLC,

\* Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J., Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse the judgment of the trial court, and we remand this cause to the trial court for further proceedings consistent with this opinion. The costs incurred by reason of this appeal are taxed against Donald Mac Green, Trustee of the Donald and Betty Lou Irrevocable Trust, and independent executor of the Estate of Betty Lou Green; and Fortis Minerals II, LLC.